1 **WO**

2

3

4

5

6                      **IN THE UNITED STATES DISTRICT COURT**

7                          **FOR THE DISTRICT OF ARIZONA**

8

9   Michael J. Ottiano, Sr.,                )   No. CV-07-935-PHX-DGC
                                            )
10                  Plaintiff,               )   **ORDER**
                                            )
11  vs.                                     )
                                            )
12                                          )
    Supreme Court of the State of Arizona,  )
13  Vice Chief Justice Rebecca White Berch  )
    and Justices Michael D. Ryan and        )
14  Andrew D. Hurwitz; Court of Appeals of  )
    the State of Arizona, Division One,      )
15  Presiding Judge Donn Kessler and        )
    Judges Patricia A. Orozco and John C.   )
16  Gemmill; and Superior Court of          )
    Maricopa County, Judge Peter C.         )
17  Reinstein,                              )
                                            )
18                  Defendants.             )
                                            )
19  _____)

20

21         This action was dismissed for lack of subject matter jurisdiction and judgment was

22  entered against Plaintiff and in favor of Defendants. Dkt. ##6-7. Plaintiff has filed a motion

23  for a new trial pursuant to Rule 59(a) of the Federal Rules of Civil Procedure. Dkt. #8.

24  Because there was no trial in this matter, the Court will construe Plaintiff's motion as a

25  motion to alter or amend judgment pursuant to Rule 59(e).

26         "Rule 59(e) amendments are appropriate if the [C]ourt '(1) is presented with newly

27  discovered evidence, (2) committed clear error or the initial decision was manifestly unjust,

28  or (3) if there is an intervening change in controlling law.'" *Dixon v. Wallowa County*, 336

1 | F.3d 1013, 1022 (9th Cir. 2003) (quoting *Sch. Dist. No. 1J, Multnomah County v. ACandS,*

2 | *Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993)).  Plaintiff presents no newly discovered evidence,

3 | does not show that the Court committed clear error or entered an order that was manifestly

4 | unjust, and has not identified an intervening change in controlling law.  The Court will deny

5 | Plaintiff's motion.

6 | The Court noted in its dismissal order that while Plaintiff was proceeding pro se,

7 | he was not a novice litigator as he had filed dozens of actions in state and federal court.

8 | Dkt. #6 at 1.  Plaintiff claims that this statement demonstrates the Court's "passion and

9 | prejudice" against him and other pro se litigants.  Dkt. #8 at 2.  Plaintiff is incorrect.

10 | The Court harbors no prejudice against Plaintiff or pro se litigants.  The decision to dismiss

11 | this action was based solely on the relevant law and facts.

12 | **IT IS ORDERED:**

13 | 1.      Plaintiff's motion for new trial (Dkt. #8) is **denied**.

14 | 2.      Plaintiff's request for oral argument is **denied**.

15 | DATED this 31st day of August, 2007.

David G. Campbell
United States District Judge

- 2 -